NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRANDON PAUL ROMAN,                )
                                   )
           Appellant,              )
                                   )
v.                                 )          Case No. 2D18-4987
                                   )
STATE OF FLORIDA,                  )
                                   )
           Appellee.               )
_____)

Opinion filed December 6, 2019.

Appeal from the Circuit Court for
Pinellas County; Michael F. Andrews,
Judge.

Howard L. Dimmig, II, Public
Defender, and Lisa Lott, Assistant
Public Defender, Bartow, for Appellant.

PER CURIAM.

           Affirmed.

SILBERMAN, BADALAMENTI, and ATKINSON, JJ., Concur.